DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. CAGLE

No. 314P91

Case below: 103 N.C.App. 526

Petitions by defendants (Cagle and Tritt) for writ of supersedeas and temporary stay denied 22 July 1991.

STATE v. CARROLL

No. 160P91

Case below: 101 N.C.App. 691

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

STATE v. CARTER

No. 290P91

Case below: 103 N.C.App. 171

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

STATE v. COTTON

No. 147P91

Case below: 102 N.C.App. 93

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 August 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

STATE v. DEAN

No. 242P91

Case below: 102 N.C.App. 582

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.